**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VESKO BORISLAVOV ANANIEV,

    Plaintiff,

  v.

AURORA LOAN SERVICES, LLC; AURORA BANK, FSB; THE WOLF FIRM; ROSENTHAL, WITHEM & ZEFF; ROBERT L. ROSENTHAL, ESQ; MICHAEL D. EFF, ESQ; and DOES 1-10, INCLUSIVE,

    Defendants.

         No. C 12-2275 SI

         **JUDGMENT**

    The Court has dismissed the second amended complaint without leave to amend. Judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 17, 2012

                                      SUSAN ILLSTON
                                      United States District Judge